UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **GUS STILLS** | **CASE NO. 5:25-CV-01428** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BEST CHICKEN IN SHREVEPORT L L C ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 9], noting no written and filed objections thereto, and reviewing the record *de novo* and concurring with the findings and reasons of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 7] is **GRANTED**, and all of Plaintiff's claims are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

MONROE, LOUISIANA, this 19th day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE